# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JOEL HENRICHS**                                                                           **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 1:25-cv-00179-DMB-DAS**

**THE KANSAS CITY SOUTHERN RAILWAY CO.**                              **DEFENDANT**

---

**DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE OF SHELLEY ERICSSON**

---

COMES NOW, Shelley I. Ericsson, of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and gives notice of her appearance as counsel on behalf of Defendant, The Kansas City Southern Railway Company, in the above-styled and numbered cause.

DATED: December 26, 2025.                                    Respectfully Submitted,

                                                             /s/ Shelley I. Ericsson
                                                             Shelley I. Ericsson (*Admitted Pro Hac Vice*)
                                                             OGLETREE, DEAKINS, NASH,
                                                             SMOAK & STEWART, P.C.
                                                             700 West 47th Street, Suite 500
                                                             Kansas City, Missouri 64112
                                                             Telephone: 816.410.2222
                                                             Facsimile: 816.471.1303
                                                             shelley.ericsson@ogletree.com

                                                             Natalie M. Lowry (MS Bar #106492)
                                                             OGLETREE, DEAKINS, NASH,
                                                             SMOAK & STEWART, P.C.
                                                             6410 Poplar Avenue, Suite 300
                                                             International Place – Tower II
                                                             Memphis, Tennessee 38119
                                                             Telephone: 901.767.6160
                                                             Facsimile: 901.767.7411
                                                             natalie.lowry@ogletreedeakins.com

                                                             ***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF filing system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

                                                    */s/ Shelley I. Ericsson*
                                                    Shelley Ericsson
                                                    *Counsel for Defendant*

94277650.v1-OGLETREE