**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOEL HENRICHS**                                                                            **PLAINTIFF**

**v.**                                     **CIVIL ACTION NO.: 1:25-CV-179-DMB-DAS**

**THE KANSAS CITY
SOUTHERN RAILWAY CO.**                                        **DEFENDANT**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7(c) of the Uniform Local Rules of the United States District Court for the Northern District of Mississippi, Defendant The Kansas City Southern Railway Company ("KCSR"), by and through its attorneys, states that it is wholly owned subsidiary of Kansas City Southern, which is indirectly owned by Canadian Pacific Kansas City ltd. ("CPKCL") CPKCL is a Canadian public corporation listed on the Toronto Stock Exchange and the New York Stock Exchange (TSX and NYSE: CP).

DATED: January 7, 2026.                                Respectfully Submitted,

                                                                        */s/ Natalie M. Lowry*
                                                                        Natalie M. Lowry (MSB #106492)
                                                                        OGLETREE, DEAKINS, NASH,
                                                                        SMOAK & STEWART, P.C.
                                                                        6410 Poplar Avenue, Suite 300
                                                                        International Place – Tower II
                                                                        Memphis, TN 38119
                                                                        Telephone: 901.248.1166
                                                                        Facsimile: 901.767.7411
                                                                        natalie.lowry@ogletreedeakins.com

                                                                        Shelley I. Ericsson (*admitted pro hac vice*)
                                                                        700 West 47th Street, Suite 500
                                                                        Kansas City, MO 64112
                                                                        Telephone: 816.410.2222
                                                                        Facsimile: 816.471.1303
                                                                        shelley.ericsson@ogletree.com

                                                                        *Attorneys for Defendant*
                                                                        *The Kansas City Southern Railway Company
                                                                        d/b/a CPKC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2026, I electronically filed a true and correct copy of the foregoing *Defendant's Corporate Disclosure Statement* with the Clerk of the Court via the Court's ECF filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                                    */s/ Natalie M. Lowry*
                                                                    Natalie M. Lowry (MSB #106492)
                                                                    *Attorney for Defendant*
                                                                    *The Kansas City Southern Railway Company*

94744087.v1-OGLETREE