IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOEL HENRICHS**                                                                             **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO.: 1:25-CV-179-DMB-DAS**

**THE KANSAS CITY**
**SOUTHERN RAILWAY CO.**                                                         **DEFENDANT**

## DESIGNATION OF LEAD COUNSEL ON BEHALF OF DEFENDANT

Pursuant to Local Rule 83.1(b)(2), The Kansas City Southern Railway Company d/b/a CPKC ("Defendant") designates Natalie M. Lowry as lead counsel for this matter.

DATED: January 7, 2026.                          Respectfully submitted,

                                                          OGLETREE, DEAKINS, NASH,
                                                          SMOAK & STEWART, P.C.

                                                          */s/ Natalie M. Lowry*
                                                          Natalie M. Lowry (MSB #106492)
                                                          6410 Poplar Avenue, Suite 300
                                                          International Place – Tower II
                                                          Memphis, TN 38119
                                                          Telephone: 901.767.6160
                                                          Facsimile: 901.767.7411
                                                          natalie.lowry@ogletreedeakins.com

                                                          Shelley I. Ericsson (*admitted pro hac vice*)
                                                          700 West 47th Street, Suite 500
                                                          Kansas City, MO 64112
                                                          Telephone: 816.410.2222
                                                          Facsimile: 816.471.1303
                                                          shelley.ericsson@ogletree.com

                                                          *Attorneys for Defendant*
                                                          *Kansas City Southern Railway Co.*
                                                          *d/b/a CPKC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2026, I electronically filed a true and correct copy of the foregoing *Designation of Lead Counsel on Behalf of Defendant* with the Clerk of the Court via the Court's ECF filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Natalie M. Lowry*
Natalie M. Lowry (MSB #106492)
*Attorney for Defendant*
*Kansas City Southern Railway Co.*
*d/b/a CPKC*
